

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00023-CV

**MICHAEL D. EADES AND REBECCA EADES,**
                                                                      **Appellants**

 **v.**

**SUNRISE ESTATES PROPERTY OWNERS ASSOCIATION,**
                                                                      **Appellee**

**From the 13th District Court
Navarro County, Texas
Trial Court No. 09-1765-CV**

## O R D E R

Appellants filed a motion for extension of time to file their notice of appeal. The motion for extension of time and the notice of appeal were filed within 15 days after the date for filing the notice of appeal pursuant to Rule 26.3. TEX. R. APP. P. 26.3. Further, we find appellants' explanation for the late filing is reasonable.

Accordingly, appellants' motion for extension of time to file their notice of appeal is granted. The notice of appeal is considered filed as of January 29, 2015.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed February 5, 2015

